918

No. 93–323. LEWIS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–340. GARRINGER v. UNITED STEELWORKERS OF AMERICA. C. A. 7th Cir. Certiorari denied.

No. 93–344. PELLETIER v. ZWEIFEL. C. A. 11th Cir. Certiorari denied.

No. 93–347. LOWRANCE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–352. VREELAND v. TOWNSEND ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–354. LOOMIS v. WALLIS & SHORT, P. C. Sup. Ct. Tex. Certiorari denied.

No. 93–368. DUNNING v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 93–375. OWENS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–383. ROJAS-HOLGUIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–396. KLINGENSTEIN v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 93–398. CHARLTON v. BOARD OF ATTORNEYS PROFESSIONAL RESPONSIBILITY ET AL. Sup. Ct. Wis. Certiorari denied.

No. 93–399. FERGUSON v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 93–407. IN RE GARRINGER. C. A. 7th Cir. Certiorari denied.

No. 93–5004. BARRON-DIOSDADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5079. OLSON v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.